# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2025

### NO. 03-22-00062-CV

**Nelson Partners, LLC; NP Skyloft Equity, LLC; and Nelson Brothers Property Management, Inc. d/b/a/ Nelson Partners Property Management, Inc., Appellants**

**v.**

**TCG Skyloft Owner, LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**DISMISSED AS MOOT-- OPINION BY JUSTICE THEOFANIS**

Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.